IN THE SUPREME COURT OF TEXAS

 No. 05-0702

 IN RE MICHELLE MOORE

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator’s motion for emergency stay, filed September 1, 2005, is granted. The court of
appeals’ opinions dated June 16, 2005 and August 29, 2005, in Cause Nos. 13-05-0428-CV, 13-05-0523-
CV, and 13-05-0345-CV, styled In re Lisa Denise Santos, in the Thirteenth Court of Appeals are
stayed pending further order of this Court. Additionally, in order to preserve this Court’s
jurisdiction in this proceeding, see Tex. Const. art. V, § 3; Tex. R. App. P. 52.10(b), the orders
to return child dated August 31, 2005, in Cause No. 05-3089-F, styled In the Interest of I.E.T, A
Child, in the 214th District Court of Nueces County, Texas, are stayed pending further order of this
Court.

 2. The real parties in interest are requested to respond to relator’s petition for writ of
mandamus on or before 3:00 p.m., September 12, 2005.

 Done at the City of Austin, this September 1, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk